1983 Form

# In the United States District Court
# For the Northern District of Alabama

RECEIVED
2019 MAR -4  A 11: 15

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT, ALA.

ANDRE D. FLAGG-EL #310705

2:19-CV-157-WHA-CSC

(Enter above the full name(s) of the plaintiff(s) in this action)

v

ALABAMA DEPARTMENT OF CORRECTIONS; ET. AL
ANGELA MCKEE, WARDEN III; ET. AL,
CYNTHIA STEWARD, WARDEN III; ET. AL,
CORIZON HEALTH CARE; ET. AL.

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): ANDRE D. FLAGG-EL

         Defendant(s) COMMANDER KEETA REED, ET. AL.

      2. Court (if Federal Court, name the district; if State Court, name the county)

         U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

      3. Docket Number 1:17-CV-642-ECM

      4. Name of judge to whom case was assigned Emily C. M

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? STILL PENDING

6. Approximate date of filing lawsuit 12/2017

7. Approximate date of disposition N/A

II. Place of present confinement WILLIAM E. DONALDSON C.F.

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)   No ( )

C. If your answer is YES:

1. What steps did you take? CORIZON HEALTH CARES, MEDICAL GRIEVANCE SYSTEM ON 04/11/2018, AND I APPEALED ON 05/10/2018.

2. What was the result? THEY REFERRED ME TO MENTAL HEALTH AND GAVE ME PSHCOTROPIC MEDICATIONS, THATS, NOT FOR MY PROBLEM.

D. If your answer is NO, explain why not? BECAUSE A.D.O.C. DOES'NT HAVE A GRIEVANCE PROCEDURE.

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) ANDRE D. FLAGG-EL

Address 100 WARRIOR LANE BESSEMER, AL 35023

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant KAY IVEY

   is employed as GOVERNOR OF ALABAMA.

   at ALABAMA DEPARTMENT OF CORRECTIONS

C. Additional Defendants LEON BOLLING, WARDEN II; HOLMANS WARDEN II MITCHELL AND WARDEN I RAYBON; JEFFERSON DUNN, COMISSIONER AT DONALDSON C.F.; JANE DOE, COMMISSIONER OF HOLDMAN C.F.; WARDEN III AND II AT KILBY C.F.; MENTAL HEALTH DOCTOR'S DAVES AT DONALDSON, AND AT HOLMAN; AND KILBY C.F.'S.; MENTAL HEALTH DEPARTMENT FOR A.D.O.C. AND SAPPHIRE CO. INC.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

ON 04/11/18, I FILED A MEDICAL GRIEVANCE ABOUT SERIOUS EAR & EYE ACHES; NOSE BLEEDS, MUSCLE & BRIAN SPASMS; FAINTING & DIZZINESS DUE TO A IMPLANT. I REQUESTED A CATSCAN/MRI WITH MEDICAL, BUT WAS REFFERED TO MENTAL HEALTH INSTEAD WERE THEY GAVE ME PSHYCOTROPIC DRUG W/O ANY MEDICAL EXAMINATIONS OR PSYCHOLOGICAL EVALUATIONS TO CONFER THAT I WAS REALLY A CHRONIC PARANOID SCHEZIAPHENIC. THEY PLACED ME IN A MENTAL HEALTH DORM, WERE INMATE ARE LOCKED DOWN (24) HOUR A DAY, [BECAUSE THERE'S NO MENTAL HEALTH POPULATION AT ALL], ALSO IM BEING DENIED ACCESS TO THE COURT'S BECAUSE THE CAPTIAN'S LAW CLERK DOES NOT BRING THE LEGAL RESEARCH REQUESTED. I'VE TALKED TO SEVERAL SUPERVISOR'S INCLUDING CPT. CALDWELL AND NOTHING HAS CHANGED, I'VE SPOKE W/ DR. DAVES, AND HE "SCHEDULED" ME TO HAVE A CATSCAN; BUT IT'S BEEN

- 3 -

OVER (4) MOS. APPROXIMATELY AND I HAVE NOT BEEN YET. IM STILL SUFFERING W/ THESE SEVERE MEDICAL ISSUES TODAY. I ALSO TOLD THE "ACTING THERAPIST" HERE AND GOT THE SAME RESULTS. I AM ALSO IN FEAR OF MY LIFE AS THESE OPERATORS OF THE "SAPPHIRE" IMPLANT ARE THREATENING TO KILL ME, TO COVER UP THESE CONSTITUTIONAL VIOLATIONS W/ ~~MENTAL~~ HEALTH ISSUES AND USING MENTAL HEALTH AS THE PROBLEM.

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM REQUESTING A FULL EXAMINATION BY A NEUROLOGIST, A CATSCAN, AND A MRI, ETC. TO LOCATE AND HAVE THIS IMPLANT REMOVED. AS THE PLAINTIFF IS SEEKING TO SUE THE DEFENDANTS INDIVIDUALLY AND AS A OFFICIAL CAPACITY FOR INJUNCTIVE, PUNITIVE RELIEF ASWELL AS OTHER DAMAGES, MEDICAL COST, ATTORNEY FEE'S AND COURT COST.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/28/2018__
(date)

_Andrew D. Pligg-El._

Signature(s)

- 4 -

ANDRE D. FLAGG-EL #310705
W.E. DONALDSON C.F.
100 WARRIOR LANE
BESSEMER, AL 35023

BIRMINGHAM
AL 350
01 MAR '19
PM 1 L



02 1P       $ 000.65⁰
0000888043   MAR 01 2019
MAILED FROM ZIP CODE 35023

OFFICE OF THE CLERK
U.S. DISTRICT COURT
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018

LEGAL ONLY

36104-401801